Carrie J. Maxwell, as Administratrix, etc., of Earl Maxwell, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Lessee of the Boston and Albany Railroad Company, Respondent. — Order affirmed, with costs. All concurred.

In the Matter of the Estate of Charles H. Roberts, Deceased. Frances P. Roberts and Another, Appellants; John N. Vanderlyn and Others, Respondents.— Decree unanimously affirmed, with costs.

In the Matter of the Judicial Settlement of the Accounts of Emeline T. Allis, as Administratrix, etc., of Seth Thompson, Deceased, Appellant. Frederick Thompson and Others, Respondents.— Decree unanimously affirmed, with costs.

In the Matter of the Application of the Board of Supervisors of Ulster County to Acquire Lands for the Improvement of State Highways, etc.— Final order unanimously affirmed, without costs.

Daniel Norton, Respondent, v. St. Paul Fire and Marine Insurance Company, Appellant.— Judgment and order unanimously affirmed, with costs. Howard, J., not sitting.

The People of the State of New York, Respondent, v. John H. Berard, Appellant.— Judgment of conviction affirmed. All concurred.

John H. Pepper, Respondent, v. The Glass Bakery, Appellant.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York, Appellant, v. Frank Ross, Defendant. In the Matter of the Application of John Meehan and Lewis M. Jones, Respondents, for a Remission of the Forfeiture of Bail in an Action Entitled The People of the State of New York v. Frank Ross.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mildred Sibel, Respondent, v. Andrew Sibel, Appellant, Impleaded with Others.— Judgment unanimously affirmed, with costs.

Charles H. Sutherland, Respondent, v. Sarah E. Sutherland, Appellant, Impleaded with Sarah E. Murray.— Order affirmed, without costs. All concurred.

Abram B. Swart, Jr., an Infant, by Margaret Swart, His Guardian ad Litem, Respondent, v. Little Falls Fibre Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Sarah J. Caterson, as Administratrix, etc., of John M. Caterson, Deceased, Appellant, v. Giovina Paradiso and Others, Respondents.— Judgment unanimously affirmed, with costs.

Stephen Comesky and James E. Morier, Copartners, Doing Business under the Firm Name and Style of Comesky & Morier, Respondents, v. J. Frank Fellows, Appellant.— Motion denied.

John B. Clement and Another, as Executors, etc., v. Saratoga Holding Company and Others. Empire Trust Company, etc., Charles H. Bunn and William J. Delaney, as Receivers, etc. — Judgment modified by providing that it shall not prejudice the rights of any of the parties to make claim for any surplus moneys which may remain in the hands of the trustee in bankruptcy after all the creditors of the holding company are